The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
Fed. Bar No.: 470314
6305 Ivy Lane, Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
Fax (301) 477-4813
William@JohnsonLG.Law

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re:                            ) | |
|     **BONNIE IQBALPERBAK**   ) | |
|                                     ) | **Case No.:  24-00176-ELG** |
|     **Debtor.**                ) | |
|                                     ) | **Chapter 13** |
| _____  ) | |

## DEBTOR'S RESPONSE TO ORDER TO SHOW CAUSE

**COMES NOW** the Debtor Bonnie Iqbalperbak, by and through undersigned counsel, hereby files Debtor's Response to Order to Show Cause.  In response thereto the Debtor states as follows:

1. On May 20, 2024, the debtor, pro-se, filed the instant Bankruptcy case in attempt to prevent the sale of her real property located at 519 6th St. SE, Washington, D.C. 20003.
2. The debtor is an elderly individual who is cared for by her son, Lance Roberts and significant other, Vilas Henderson.
3. The debtor is capable of handling herself and managing her affairs, however receives the assistance of her son and significant other.
4. The underlying litigation in the D.C. Superior Court caused the potential sale of the debtor's real property and necessitated the filing of the instant case.
5. The debtor is lucid and is very aware of the circumstances that prompted the filing of the instant bankruptcy case.
6. The debtor understands that her real property is one of significant value and is concerned with losing the hard-earned equity in the property.

1

7. The property does not have a mortgage and according to the Washington land records do not contain any perfected liens.

8. The land records indicate that an D.C. Superior Court Order was filed authorizing the sale of the debtor real property located at 519 6th St. SE, Washington, D.C. 20003.

9. The debtor acknowledges the need to reorganize under the Bankruptcy Code to allow for an organized sale of the real property to satisfy the allowed claims against the Bankruptcy Estate.

10. The debtor intended to file the instant bankruptcy case however neither she nor her aids were well versed in the bankruptcy procedures.

11. The debtor further acknowledges that she needs assistance in her bankruptcy case.

12. The debtor's petition and Chapter 13 Plan requires amendment.

13. The debtor appears to be of sound mind and body.

14. According to the debtor she is prepared to proceed with the 341 Meeting should this honorable Court be inclined to allow her to proceed with the bankruptcy case.

**WHEREFORE**, the debtor prays this Honorable Court dissolve the Show Cause Order and allow her to proceed with an orderly liquidation of her asserts through Chapter 13.

September 12, 2024

*/s/ William C. Johnson, Jr., Esq*
The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
Fed. Bar No.: 470314
6305 Ivy Lane, Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
Fax (301) 477-4813
William@JohnsonLG.Law

**CERTIFICATE OF SERVICE**

2

**I HEREBY CERTIFY** I hereby certify that on September 12, 2024, a true and correct copy of the foregoing Notice of Appearance and Request for Notices was served (i) via the CM/ECF on all counsel of record receiving notice in this case, and (ii) by U.S. mail, first class, postage prepaid, and, where indicated, e-mail, upon the following:

Rebecca A. Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401

All creditors on Mailing Matrix

September 12, 2024                    /s/ *William C. Johnson, Jr., Esq*
                                      The Johnson Law Group, LLC