The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
Fed. Bar No.: 470314
6305 Ivy Lane, Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
Fax (301) 477-4813
William@JohnsonLG.Law

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re: ) | |
|     BONNIE IQBALPERBAK ) | |
| ) | Case No.: 24-00176-ELG |
|     Debtor. ) | |
| ) | Chapter 13 |
| _____ ) | |

## MOTION TO DESIGNATE DEBTOR REPRESENTATIVE

**COMES NOW** the debtor Bonnie Iqbalperbak, by and through undersigned counsel, hereby moves this Honorable Court pursuant Federal Rules of Bankruptcy Procedure, Rules § 1004 and §1016, for an Order designating Vijan Henderson as the debtor's representative in these bankruptcy proceedings. .In support thereof, debtor states as follows:

1. The instant matter is the Debtor Bonnie Iqbalperbak second attempt to obtain relief under Chapter 13 of the United States Bankruptcy Code.
2. The Next Friend Vijan Henderson has been available to assist the Debtor with her Bankruptcy filings and her initial appearance at the 341 Meeting.
3. Out of an abundance of caution, the Chapter 13 Trustee continued the 341 Meeting due to his concerns involving the debtor's condition.
4. The debtor, while vibrant and energetic, has caused concern with her current ability to successfully proceed in the instant bankruptcy case.
5. The debtor currently resides with the proposed Next Friend Vijan Henderson.
6. Mr. Henderson provides financial and emotional support for the debtor and has been a willing participant in these proceedings.

1

7. The debtor has proven very capable of providing assistance to the proposed Next Friend.

8. The Next Friend has consistently and willingly attended all proceedings with the debtor. Often, he attempts to speak or explain on behalf of the debtor.

9. The Chapter 13 Trustee has identified concerns with proceeding further in the bankruptcy case without the assistance of a Next Friend.

10. The administration of this bankruptcy case will be in the best interests of all parties with the assistance of Vijan Henderson as Next Friend.

11. Next Friend Vijan Henderson is well informed of the issues in this matter as well as the related litigation in D.C. Superior Court.

12. Next Friend Vijan Henderson believes that he is a proper person under Fed. R. Bankr. P., Rules 1004 and 1016 to be appointed as representative of the interests of the Debtor Bonnie Iqbalperbak in this case.

WHEREFORE, the debtor prays this Honorable Court:

A. grants the Motion to Designate Representative

B. For any other relief deemed necessary and proper.

December 12, 2024                                    */s/ William C. Johnson, Jr., Esq*
                                                     The Johnson Law Group, LLC
                                                     William C. Johnson, Jr., Esq.
                                                     Fed. Bar No.: 470314
                                                     6305 Ivy Lane, Suite 630
                                                     Greenbelt, Maryland 20770
                                                     (301) 477-3450
                                                     Fax (301) 477-4813
                                                     William@JohnsonLG.Law

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** I hereby certify that on December 12, 2024, a true and correct copy of the foregoing Motion to Designate Representative was served (i) via the CM/ECF on all counsel of record receiving notice in this case, and (ii)

by U.S. mail, first class, postage prepaid, and, where indicated, e-mail, upon the following:

Rebecca A. Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401

All creditors on Mailing Matrix

December 12, 2024                    */s/ William C. Johnson, Jr., Esq*
                                     The Johnson Law Group, LLC